**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jess A. RODRIGUES, Defendant– Appellant.**

**No. 97–10113.**

United States Court of Appeals, Ninth Circuit.

March 15, 1999.

---

Before: REINHARDT, NOONAN, and THOMPSON, Circuit Judges.

### ORDER

The opinion filed on October 28, 1998 is amended as follows:

At slip op. p. 12496, first ¶, lns 1–2 [159 F.3d at 449]: Replace "Assistant United States Attorney Stephen Schirle" with "the prosecutor".

Slip op. p. 12496, third ¶, lns 2–3 [159 F.3d at 449]: Replace "Assistant United States Attorney Schirle" with "the prosecutor";

Same paragraph, lns 7 & 9 [159 F.3d at 449]: Replace "Schirle" with "the prosecutor".

Slip op. p. 12497, first ¶, ln 1 [159 F.3d at 449]: Replace "Assistant United States Attorney Wayne T. Lamprey" with "The prosecutor".

Slip op. p. 12499, first ¶, lns 3–4 [159 F.3d at 450]: Replace "Assistant United States Attorney Schirle" with "the prosecutor";

Same paragraph, ln 5 [159 F.3d at 450]: Replace "Assistant United States Attorney Lamprey" with "the prosecutor".

Slip op. p. 12499, second ¶, lns 4 & 7 [159 F.3d at 450]: Replace "Lamprey" with "The prosecutor".

Slip op. p. 12499, third ¶, ln 1 [159 F.3d at 450]: Replace "Lamprey's" with "The prosecutor's".

With these amendments, the petitions for rehearing are DENIED.